UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

William Maze

        Defendant.

Case No: 2:11-cv-12870

HON: Robert H. Cleland

_____/
Jeffrey G. Poeszat  (P51370)
Goodman & Poeszat, PLLC
Attorneys for Plaintiff
20300 W. 12 Mile Rd
Southfield, MI  48076

William Maze
In Pro Per Defendant
831 Monroe Street
Dearborn, MI 48124
_____/

**FINAL JUDGMENT BY CONSENT**

    Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, William Maze, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

    1.  This Court has jurisdiction over the subject matter of this litigation and over all parties thereto.  The Complaint herein states a claim upon which relief can be granted.

    2.  The defendant hereby acknowledges and accepts service of the Complaint filed herein.

    3.  The defendant hereby agrees to the entry of a judgment in the sum of $65,066.17 (principal of $31,705.35, interest in the amount of $33,360.82 through August 11, 2011, and any costs that may be applicable) and interest at the legal rate from the date of entry of judgment, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

    4.  Judgment debtor will make an initial payment on **August 25th, 2011**, payable to the Department of Justice, to be sent to the **U.S. Department of Justice, Nationwide Central Intake Facility, Post Office Box 70932, Charlotte, NC 28272-0932**,  in the amount of **$500.00**.

5.  On the  **25th** day of each month thereafter, the judgment debtor will tender to the United States a check payable

to the Department of Justice in the amount of **$500.00,** and will continue to make such payments by the 1st of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

    (a)  Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

    (b)  If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

    (c)  Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances by the United States Attorney.

    6. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

    7.  The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number.  Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, Karen McNally,  20300 W 12 Mile Road, Suite 201  Southfield, MI, 48076.

Approved as to Form and Substance:

By: s/ Jeffrey G. Poeszat

Jeffrey G. Poeszat  (P51370)

GOODMAN & POESZAT, PLLC

Attorney for the United States of America

20600 W. 12 Mile Rd, Ste 201

Southfield, MI  48076

Telephone No.  248/750-0500

Fax No. 248/750-0508

<u>Signature filed on Docket</u>

William Maze

831 Monroe St.

Dearborn,  Mi  48124


                  APPROVED THIS 30th DAY OF August, 2011.

                        S/Robert H. Cleland

                      ROBERT H. CLELAND

                      UNITED STATES DISTRICT JUDGE


Dated:  August 30, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 30, 2011, by electronic and/or ordinary mail.


                        S/Lisa Wagner

                      Case Manager and Deputy Clerk

                      (313) 234-5522